DANIEL G. BOGDEN
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>              Plaintiff,                   )<br>                                                        )<br>    vs.                                             )<br>                                                        )<br> JEFFREY GLENN WHITEHURST, )<br>                                                        )<br>              Defendant.                 )<br>                                                        ) | Case No.: 2:13 CR 331-GMN-CWH<br><br>UNITED STATES' MOTION TO CONTINUE THE SENTENCING HEARING<br><br>**AND ORDER** |

Plaintiff United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and SUSAN CUSHMAN, Assistant United States Attorney, hereby files its Motion to Continue the Defendant's Sentencing which is scheduled for Thursday, September 18, 2014, at 9:00 a.m.. Defendant opposes the government's request. This motion is timely filed.

On Thursday, September 11, 2014, defendant filed a 24 page sentencing memorandum with 79 pages of exhibits. According to LCR 32-1(d) the United States' response is due three court days prior to the date set for sentencing which is Monday, September 15, 2014. Government counsel will need additional time to research and respond to the issues raised in defendant's motion because the defendant has raised issues that are outside the terms of the plea agreement. In order to properly research and respond to the defendant's memorandum, the

government requests that the sentencing hearing is continued for 45 days. To further assist the court with scheduling, the government anticipates calling 2-3 witnesses at the sentencing hearing.

Dated this the 11<u>th</u> day of September, 2014.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney


/s/ Susan Cushman
_____
SUSAN CUSHMAN
Assistant United States Attorney

## ORDER

**THE COURT HAVING READ** the foregoing Motion to Continue Sentencing filed by Plaintiff United States of America (ECF No. 27), and the Defendant's Response in opposition thereto (ECF No. 28), and good cause appearing therefore, hereby grants Plaintiff's Motion. Accordingly,

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Continue Sentencing (ECF No. 27) is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the Sentencing hearing in this case currently scheduled for Thursday, September 18, 2014 at 9:00 a.m. is hereby **CONTINUED** to **Thursday, November 13, 2014 at 10:00 a.m. in Courtroom 7D** before the Honorable Gloria M. Navarro, Chief Judge, United States District Court.

**DATED** this 15th day of September, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court